[No. 44477-1-II. Division Two. March 19, 2014.]

S.C., *Respondent*, v. J.C., *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 12-2-30760-9, Anne Hirsch, J., entered January 25, 2013. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Worswick, C.J., and Lee, J.

[No. 44904-8-II. Division Two. March 19, 2014.]

JULIE A. RICCIARDI, *Respondent*, v. JONATHAN RICCIARDI, *Appellant*.

Appeal from a judgment of the Superior Court for Skamania County, No. 13-2-00038-7, Brian P. Altman, J., entered April 26, 2013. *Reversed* by unpublished opinion per Johanson, A.C.J., concurred in by Hunt and Lee, JJ.

[No. 69734-0-I. Division One. March 24, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOVAL MANUEL GUTIERREZ, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 10-1-00227-9, Vickie I. Churchill, J., entered December 6, 2012. *Remanded with instructions* by unpublished opinion per Schindler, J., concurred in by Lau and Verellen, JJ.

[No. 69800-1-I. Division One. March 24, 2014.]

JAMES WRIGHT ET AL., *Appellants*, v. KEVIN BEDLINGTON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 11-2-02885-9, Steven J. Mura, J., entered December 10, 2012. *Affirmed* by unpublished opinion per Spearman, A.C.J., concurred in by Cox and Schindler, JJ.